CO-386-online
10/03

# United States District Court
# For the District of Columbia

Campaign Legal Center )
)
)
)
  Plaintiff )
vs )  Civil Action No. 1:18-cv-00053_____
)
Federal Election Commission )
)
)
)
  Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Campaign Legal Center_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Campaign Legal Center_____ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

 /s/ Adav Noti
_____
Signature

DC Bar No. 490714_____          Adav Noti_____
BAR IDENTIFICATION NO.                   Print Name

                                         1411 K Street NW, Ste. 1400_____
                                         Address

                                         Washington    DC         20005_____
                                         City         State       Zip Code

                                         202-736-2200_____
                                         Phone Number