# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN LEGAL CENTER<br>1411 K Street NW, Ste. 1400<br>Washington, DC 20005,<br><br>             Plaintiff,<br><br>       v.<br><br>FEDERAL ELECTION COMMISSION,<br>999 E Street NW<br>Washington, DC 20463,<br><br>             Defendant. | Civil Action No. 18-0053 (TSC) |

## NOTICE OF WITHDRAWAL OF ADAV NOTI AS COUNSEL FOR PLAINTIFF

On January 29, 2018, a non-party filed a motion to disqualify plaintiff Campaign Legal Center's counsel, Adav Noti. That motion lacked any basis in law or fact. Plaintiff was prepared to oppose the motion on its merits and would have considered moving for sanctions against the movant under Fed. R. Civ. P. 11(c).

Plaintiff does not know if the non-party now intends to move to intervene pursuant to the Court's order of January 30. Nonetheless, plaintiff, which is a nonprofit organization, has determined that expending more of its finite resources, and possibly delaying this action, to litigate secondary and tertiary procedural motions would not further plaintiff's overall goal of compelling action by defendant Federal Election Commission. Mr. Noti therefore respectfully withdraws as counsel for plaintiff pursuant to LCvR 83.6(b); plaintiff will continue to be represented by Mark P. Gaber.

1

Dated: February 1, 2018

/s/ Adav Noti
ADAV NOTI (DC Bar No. 490714)
Campaign Legal Center
1411 K Street NW, Suite 1400
Washington, DC 20005
(202) 736-2200
anoti@campaignlegalcenter.org

Respectfully submitted,

/s/ Mark P. Gaber
MARK P. GABER (DC Bar No. 988077)
Campaign Legal Center
1411 K Street NW, Suite 1400
Washington, DC 20005
(202) 736-2200
mgaber@campaignlegalcenter.org

*Counsel for Plaintiff Campaign Legal Center*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on February 1, 2018, the foregoing was served on all counsel of record via the Court's CM/ECF system, and by First-Class Mail to the following:

FEDERAL ELECTION COMMISSION
999 E STREET NW
WASHINGTON, DC 20463

                                              /s/ Adav Noti
                                              Adav Noti