**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CAMPAIGN LEGAL CENTER, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. No. 18-53 (TSC) |
| | ) | |
| v. | ) | |
| | ) | NOTICE OF |
| FEDERAL ELECTION COMMISSION, | ) | WITHDRAWAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF FEDERAL ELECTION COMMISSION'S**
**NOTICE OF WITHDRAWAL OF COUNSEL**

Please take notice of the withdrawal of Benjamin A. Streeter III as counsel for plaintiff Federal Election Commission ("FEC") in this case. Other attorneys for the FEC have entered appearances in this action and will continue to represent the FEC.

*Benjamin A. Streeter III*
Benjamin A. Streeter III
Attorney
bstreeter@fec.gov

FEDERAL ELECTION COMMISSION
1050 First Street NE
Washington, DC 20463
(202) 694-1650

December 20, 2019